UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> HORIZON ORTHO SUPPLY CORP, ET AL., <br><br> Defendants. | 23-CV-5874 <br> (NGG)(PK) <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants John Does 1 through 5 and ABC Corporations 1 through 5 ("Defendants").

Dated: November 20, 2023
New York, New York

Respectfully submitted,

**MORRISON MAHONEY LLP**

By: /s/ Lee Pinzow
Robert A. Stern, Esq.
James A. McKenney, Esq.
Karina Trost
Lee Pinzow, Esq.
*Counsel for Plaintiffs*
Wall Street Plaza
88 Pine Street, Suite 1900
New York, New York 10005

**So Ordered.**

s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 11/20/23