Exhibit "4"

<u>Stipulation of Dismissal</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| ALLSTATE INSURANCE COMPANY, ET AL., | 23-CV-05874 (NGG)(PK) |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO NARMINA ALIEVA AND HORIZON ORTHO SUPPLY CORP. |
| -against- | |
| HORIZON ORTHO SUPPLY CORP., ET AL., | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), on the one hand, and Narmina Alieva and Horizon Ortho Supply Corp. ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

Dated: New York, New York
~~October \_\_\_, 2023~~
November 20, 2023

**MORRISON MAHONEY LLP**

By: /s/ Lee Pinzow
Robert A. Stern, Esq.
James A. McKenney, Esq.
Lee Pinzow, Esq.
Karina Trost, Esq.
Wall Street Plaza
88 Pine Street, Suite 1900
New York, New York 10005
*Counsel for Plaintiffs, Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company*

**LAW OFFICES OF MELISSA BETANCOURT, P.C.**

By: _____

Melissa Betancourt, Esq.
*Attorneys for Defendants Horizon Ortho Supply Corp. and Narmina Alieva*
2761 Bath Ave Suite B1 & B2
Brooklyn, New York 11214
(718) 336-8076

**SO ORDERED**

s/Nicholas G. Garaufis
Nicholas G. Garaufis, U.S.D.J.

Dated: Nov. 20, 2023